IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

GREGORY WILLIAMS

_____/

INDICTMENT

3:16cr89-MCR

THE GRAND JURY CHARGES:

COUNT ONE

On or about July 27, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly transfer and possess a machinegun, to wit, an auto sear, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

COUNT TWO

On or about July 27, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), to wit, an auto sear, which firearm was not registered

to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### COUNT THREE

On or about August 3, 2016, in the Northern District of Florida, the defendant,

### GREGORY WILLIAMS,

in connection with his acquisition of firearms, to wit, 5 Glock 9 millimeter pistols, from TGD Firearms, a federally licensed firearms dealer, knowingly made a false and fictitious written statement to TGD Firearms, which statement was intended and likely to deceive TGD Firearms as to a fact material to the lawfulness of such acquisition of the firearms by the defendant under Chapter 44 of Title 18, United States Code, in that the defendant falsely represented that he was the actual buyer of the firearms, when in fact, as the defendant then knew, he was buying the firearms on behalf of another individual.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT FOUR

On or about August 11, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly transfer and possess a machinegun, to wit, an auto sear, a part designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT FIVE

On or about August 11, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), to wit, an auto sear, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

## COUNT SIX

On or about August 30, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly transfer and possess a machinegun, to wit, an auto sear, a part

designed and intended solely and exclusively for use in converting a weapon into a machinegun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

### COUNT SEVEN

On or about August 30, 2016, in the Northern District of Florida, the defendant,

**GREGORY WILLIAMS,**

did knowingly possess a firearm, as defined in Title 26, United States Code, Sections 5845(a)(6) and (b), to wit, an auto sear, which firearm was not registered to him in the National Firearms Registration and Transfer Record, as required by Title 26, United States Code, Chapter 53.

In violation of Title 26, United States Code, Sections 5861(d) and 5871.

### CRIMINAL FORFEITURE

The allegations contained in Counts One through Seven of this Indictment are hereby realleged and incorporated by reference. Because the defendant,

**GREGORY WILLIAMS,**

knowingly committed the violations set forth in Counts One through Seven, any

and all interest that this defendant has in the firearms involved in these violations is vested in the United States and hereby forfeited to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 26, United States Code, Section 5872.

TRUE BILL:

Redacted per privacy policy

FOREPERSON

11-1-16
DATE

CHRISTOPHER P. CANOVA
United States Attorney

EDWIN KNIGHT
Assistant United States Attorney