UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>GREGORY WILLIAMS | CASE NO. 3:16cr89/MCR |

**REFERRAL AND ORDER**

Referred to Judge M. Casey Rodgers on  May 30, 2018

Motion/Pleadings:  MOTION TO REQUEST PRESENTENCE REPORTS, STATEMENT OF REASONS, AND OTHER SEALED PLEADINGS [to newly appointed counsel on appeal]

Filed by  Defendant    on  May 25, 2018    Doc. #  136

Response _____    on _____    Doc. # _____

____ Stipulated    ____ Joint Pleading
____ Unopposed    ____ Consented

JESSICA J. LYUBLANOVITS
CLERK OF COURT
*/s/ Kathy Rock*
Deputy Clerk: Kathy Rock

On consideration, the motion is GRANTED.

**DONE and ORDERED** this 30th day of May 2018.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**